IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| WILLIAM K. LOVELL, | CV 14–249–M–DLC |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| CAROLYN W. COLVIN, *acting Commissioner of Social Security*, | |
| Defendant. | |

Plaintiff William K. Lovell ("Lovell"), through his attorney Andrew T. Koenig, moves for approval of attorney's fees in the amount of $17,735.58 pursuant to 42 U.S.C. § 406(b). This amount represents 10% of the $177,355.80 awarded to Lovell by the Social Security Administration in past-due benefits under Title II of the Social Security Act. Pub. L. 100–203, § 9021(b), 101 Stat. 1330. Defendant Carolyn W. Colvin does not oppose this motion. The Court has reviewed the request for attorney's fees and finds the request to be reasonable. *Gisbrecht v. Barnhart*, 535 U.S. 789, 808 (2002).

Accordingly, IT IS ORDERED that Plaintiff William K. Lovell's Unopposed Motion for Attorney Fees Pursuant to 42 U.S.C. Section 406(b) (Doc. 16) is GRANTED. This Order shall serve as official approval of attorney Andrew

T. Koenig's fees in the amount of $17,735.58.

Dated this 3rd day of January, 2017.

_____
Dana L. Christensen, Chief District Judge
United States District Court